1  Manatt, Phelps & Phillips, LLP
   CHRISTINE M. REILLY (Bar No. CA 226388)
2  E-mail:  CReilly@manatt.com
   KRISTIN HAULE (Bar No. CA 312139)
3  E-mail:  KHaule@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
5  Facsimile:  (310) 312-4224

6  Attorneys for Defendant
   LEADSMARKET.COM, LLC
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  **GRACE WAMMACK** and              No.  2:19-cv-05975-ODW-AGR
    **MICHAEL TRUJILLO**, individually
12  and on behalf of all others similarly   **CLASS ACTION**
    situated,
13                                          **LEADSMARKET.COM'S**
                     Plaintiffs,            **CORPORATE DISCLOSURE**
14                                          **STATEMENT [FRCP 7.1]**
           vs.
15                                          Hon. Otis D. Wright II
    **LEADSMARKET.COM, LLC**, a
16  California limited liability company,

17                  Defendant.

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2    **RECORD:**

3        Under Federal Rule of Civil Procedure 7.1, counsel of record for Defendant

4    LeadsMarket.com, LLC ("LeadsMarket") certifies that MMF Group LLC is the

5    parent company of LeadsMarket.  No publicly held company owns ten percent or

6    more of LeadsMarket's shares.

7

8    Dated:    October 17, 2019              MANATT, PHELPS & PHILLIPS, LLP

9

10                                           By: /s/ Kristin E. Haule
                                                Kristin E. Haule
11                                              Attorneys for Defendant
                                                LEADSMARKET.COM, LLC

12

13

14   325346378.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2