Rachel E. Kaufman, CA Bar No. 259353
Kaufman, P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Attorney for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACE WAMMACK** and **MICHAEL TRUJILLO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LEADSMARKET.COM, LLC,** a California limited liability company,<br><br>*Defendant*. | Case No. 2:19-cv-05975-ODW-AGR<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1

Plaintiffs Grace Wammack and Michael Trujillo hereby give notice of the dismissal without prejudice of this action, with each party to bear their own attorneys' fees and costs.

Respectfully Submitted,

Dated: December 23, 2019

/s/ Rachel E. Kaufman
Rachel E. Kaufman (Cal Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Counsel for Plaintiffs and the putative classes*

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 23, 2019 on all counsel of record via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated: December 23, 2019

/s/ Rachel E. Kaufman
Rachel E. Kaufman

2

PLAINTIFFS' NOTICE OF DISMISSAL
Case No. 2:19-cv-05975-ODW-AGR