UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-05975-ODW (AGRx) | Date | December 23, 2019 |
|---|---|---|---|
| Title | *Grace Wammack et al. v. Leadsmarket.com LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**  **In Chambers**

   Pursuant to Plaintiffs' Notice of Voluntary Dismissal (ECF No. 30) and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. Plaintiffs' individual claims are **DISMISSED WITHOUT PREJUDICE**;

2. The class allegations are **DISMISSED WITHOUT PREJUDICE**;

3. All dates and deadlines in this action are **VACATED** and taken off calendar;

4. Defendant's Motion to Dismiss (ECF No. 25) and Motion to Strike (ECF No. 26) are **DENIED AS MOOT**; and

5. Notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice.

   The Clerk of the Court shall close this case.

   **IT IS SO ORDERED.**

_____ : 00

Initials of Preparer    SE